**CLOSED, SSD, CJRA_D, STAYED**

# U.S. District Court
## Southern District of Illinois CM/ECF System (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00770-GPM

_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

Kenerley v. Templeton Funds Inc, et al
Assigned to: Chief Judge G. Patrick Murphy
Referred to: Mag Judge Philip M. Frazier
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/19/03
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

APR 2 6 2004

BALTIMORE
DISTRICT COURT
DISTRICT OF MARYLAND
                                DEPUTY

**Plaintiff**
-----------------------

**David Kenerley,** *individually and on behalf of all others similarly situated*

represented by **Andrew S. Friedman**
Bonnett, Fairbourn et al.
Generally Admitted
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax : 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[illegible/redacted] **Y Barash**
Korein Tillery - St. Louis
Generally Admitted
701 Market Street
Suite 300
St. Louis, MO 63101
314-241-4844
Email: ebarash@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis J. Balint, Jr.**
Bonnett, Fairbourn et al.
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100

Fax : 602-274-1199 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G̶e̶o̶r̶g̶e̶ A. Zelcs**
Korein Tillery - Chicago
Cook County
70 West Madison Street
Suite 660, 3 First National Plaza
Chicago, IL 60602
312-641-9750
Fax : 312-641-9751
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Stoia, Jr.**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Tillery**
Korein Tillery - Swansea
Generally Admitted
10 Executive Woods Court
Swansea, IL 62226-2030
618-277-1180
Email: stillery@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Collyer**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Doyle, II**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

**Templeton Funds Inc**     represented by   **Anthony Zaccaria**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
212-575-4700
Email: azaccaria@pollacklawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Pollack**
Pollack & Kaminsky
114 West 47th Street
Suite 1900
New York, NY 10036-8295
212-575-4700
Email: dapollack@pollacklawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   |
|---|---|
|   | **Edward T. McDermott**<br>Pollack & Kaminsky<br>114 West 47th Street<br>Suite 1900<br>New York, NY 10036-8295<br>212-575-4700<br>Email: etmcdermott@pollacklawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **F~~_____\~~ Gundlach**<br>Armstrong Teasdale - St. Louis<br>Generally Admitted<br>One Metropolitan Square<br>211 North Broadway, Suite 2600<br>St. Louis, MO 63102-2740<br>314-621-5070<br>Email: fgundlach@armstrongteasdale.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **~~\_\_\_\_\~~ F. Davis**<br>Armstrong Teasdale - St. Louis<br>Generally Admitted<br>One Metropolitan Square<br>211 North Broadway, Suite 2600<br>St. Louis, MO 63102-2740<br>314-621-5070<br>Email: gdavis@armstrongteasdale.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Martin L. Kaminsky**<br>Pollack & Kaminsky<br>114 West 47th Street<br>Suite 1900<br>New York, NY 10036-8295<br>212-575-4700<br>Email: mikaminsky@att.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| — **Templeton Global Advisors Limited** | represented by **Anthony Zaccaria**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Daniel A. Pollack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward T. McDermott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank N. Gundlach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn E. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin I. Kaminsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/19/2003 | 1 | COMPLAINT (Summons issued) Filing fee pd $150.00 receipt # 300 93354 (jmp) (Entered: 11/25/2003) |
| 11/19/2003 |  | Magistrate identification: Mag/Judge Philip M. Frazier (jmp) (Entered: 11/25/2003) |
| 12/03/2003 |  | PHV LETTER to Francis J. Balint Jr., Andrew S. Friedman, William J. Doyle II, Susan Collyer, Timothy Blood and John J. Stoia Jr (jmp) (Entered: 12/03/2003) |
| 12/05/2003 | 2 | MOTION by defendants Templeton Funds Inc, Templeton Global Adv for attorney Anthony Zaccaria to appear pro hac vice (js) (Entered: 12/13/2003) |
| 12/05/2003 | 3 | ORDER (NGJ/tjh) granting motion for attorney Anthony Zaccaria to appear pro hac vice [2-1] on behalf of defendants; filing fee of $100.00 paid, receipt #300 93002 (cc: all counsel) (js) (Entered: 12/13/2003) |

| | | |
|---|---|---|
| 12/05/2003 | 4 | MOTION by defendant Templeton Funds Inc, defendant Templeton Global Adv for attorney Edward T. McDermott to appear pro hac vice (js) (Entered: 12/13/2003) |
| 12/05/2003 | 5 | ORDER (NGJ/trb) granting motion for attorney Edward T. McDermott to appear pro hac vice [4-1]; filing fee of $100.00 paid, receipt #300 93002 (cc: all counsel) (js) (Entered: 12/13/2003) |
| 12/05/2003 | 6 | MOTION by defendant Templeton Funds Inc, defendant Templeton Global Adv for attorney Martin I. Kaminsky to appear pro hac vice (js) (Entered: 12/13/2003) |
| 12/05/2003 | 7 | ORDER (NJG/tjh) granting motion for attorney Martin I. Kaminsky to appear pro hac vice [6-1]; filing fee of $100.00, receipt #300 93002 (cc: all counsel) (js) (Entered: 12/13/2003) |
| 12/05/2003 | 8 | MOTION by defendants Templeton Funds Inc, Templeton Global Adv for attorney Daniel A. Pollack to appear pro hac vice (js) (Entered: 12/13/2003) |
| 12/05/2003 | 9 | ORDER (NGJ/trb) granting motion for attorney Daniel A. Pollack to appear pro hac vice [8-1]; filing fee of $100.00 paid, receipt #300 93002 (cc: all counsel) (js) (Entered: 12/13/2003) |
| 12/05/2003 | 10 | MOTION by Templeton Funds Inc, Templeton Global Adv to extend time to answer or otherwise respond to plaintiff's complaint up to and including 01/21/04 (js) (Entered: 12/13/2003) |
| 12/09/2003 | | RETURN OF SERVICE executed upon defendant Templeton Global Adv on 11/25/03 (js) (Entered: 12/09/2003) |
| 12/09/2003 | | RETURN OF SERVICE executed upon defendant Templeton Funds Inc on 11/25/03 (js) (Entered: 12/09/2003) |
| 12/11/2003 | 11 | ORDER by Chief Judge G. P. Murphy granting motion to extend time to answer or otherwise respond to plaintiff's complaint up to and including 01/21/04 [10-1] (cc: all counsel) (js) (Entered: 12/22/2003) |
| 12/13/2003 | | DOCUMENT NUMBER 10 SENT to Benton will actually leave ESL on 12/15/03 (js) Modified on 12/13/2003 (Entered: 12/13/2003) |
| 12/16/2003 | | DOCUMENT NUMBER 10 RECEIVED from ESL (jep) (Entered: 12/16/2003) |
| 01/16/2004 | 12 | MOTION for Extension of Time to File Answer Or Otherwise |

| | | |
|---|---|---|
| | | Respond to Complaint by Templeton Funds Inc, Templeton Global Advisors Limited. (js, ) (Entered: 01/19/2004) |
| 01/16/2004 | 13 | ORDER granting 12 Motion for Extension of Time to Answer or Otherwise Respond to Complaint to and including 01/21/04. (NGJ/trb) on 01/16/04. (js, ) (Entered: 01/19/2004) |
| 01/23/2004 | 14 | Joint MOTION for Extension of Time *to Answer or Otherwise Respond to Complaint* by Templeton Funds Inc, Templeton Global Advisors Limited. (Gundlach, Frank) (Entered: 01/23/2004) |
| 01/27/2004 | 15 | CJRA TRACK D assigned: Jury Trial set for presumptive month of 8/2005 in East St. Louis Court House before Chief Judge G. Patrick Murphy. Signed by Judge G. Patrick Murphy on 1/27/04. (lmc, ) (Entered: 01/27/2004) |
| 01/28/2004 | 16 | ANSWER to Complaint by Templeton Funds Inc, Templeton Global Advisors Limited.(Gundlach, Frank) (Entered: 01/28/2004) |
| 01/29/2004 | 17 | NOTICE of Scheduling and Discovery Conference: Scheduling/Discovery Conference set for 3/8/2004 11:00 AM before Mag Judge Philip M. Frazier, via telephone conference call. Counsel for plaintiff responsible for placing the call. (krm) (Entered: 01/29/2004) |
| 01/29/2004 | 18 | ORDER REGARDING DISCOVERY. Signed by Judge Philip M. Frazier on 01/29/2004. (krm) (Entered: 01/29/2004) |
| 02/03/2004 | 19 | MOTION to Dismiss *the Complaint* by Templeton Funds Inc, Templeton Global Advisors Limited. Responses due by 3/4/2004 (Gundlach, Frank) (Entered: 02/03/2004) |
| 02/03/2004 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss *the Complaint* filed by Templeton Funds Inc, Templeton Global Advisors Limited. (Gundlach, Frank) (Entered: 02/03/2004) |
| 02/17/2004 | 21 | ORDER granting 14 Motion for Extension of Time . Signed by Judge Philip M. Frazier on 2/17/04. (kls, ) (Entered: 02/17/2004) |
| 02/23/2004 | 22 | ORDER Setting Hearing on 19 MOTION to Dismiss the Complaint. Motion Hearing set for 3/22/2004 at 01:30 PM in East St. Louis Court House before Chief Judge G. Patrick Murphy. Signed by Judge G. Patrick Murphy on 2/23/04. (lmc) (Entered: 02/23/2004) |
| 03/04/2004 | 23 | RESPONSE in Opposition re 19 MOTION to Dismiss *the Complaint* |

| | | |
|---|---|---|
| | | filed by David Kenerley. (Attachments: # 1 Exhibit # 2 Exhibit # 3 # 4)(Barash, Eugene) (Entered: 03/04/2004) |
| 03/18/2004 | 24 | ORDER STAYING CASE. Hearing set 3/22/04 is CANCELLED. Signed by Judge G. Patrick Murphy on 3/18/04. (lmc) (Entered: 03/18/2004) |
| 04/02/2004 | 25 | MOTION to Lift Stay *for Limited Purpose* by Templeton Funds Inc, Templeton Global Advisors Limited. (Attachments: # 1 Exhibit A)(Gundlach, Frank) (Entered: 04/02/2004) |
| 04/02/2004 | 26 | Docket entries STRICKEN as ordered by the Court. MOTION to Transfer Case by Templeton Funds Inc, Templeton Global Advisors Limited. (Gundlach, Frank) Additional attachment(s) added on 4/5/2004 (js, ). Modified on 4/5/2004 (js, ). (Entered: 04/02/2004) |
| 04/02/2004 | 27 | Docket entries STRICKEN as ordered by the Court. MEMORANDUM in Support re 26 MOTION to Transfer Case filed by Templeton Funds Inc, Templeton Global Advisors Limited. (Attachments: # 1 Appendix A# 2 Appendix B)(Gundlach, Frank) Appendix A rec'd by Clerk's Office on 4/2/04 Modified on 4/2/2004 (jmp). Additional attachment(s) added on 4/5/2004 (js, ). (Entered: 04/02/2004) |
| 04/05/2004 | 28 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 26 Motion to Transfer Case filed by Templeton Global Advisors Limited, Templeton Funds Inc, 27 Memorandum in Support of Motion, filed by Templeton Global Advisors Limited, Templeton Funds Inc. See attached document for specifics (js, ) (Entered: 04/05/2004) |
| 04/05/2004 | 29 | RESPONSE in Opposition re 25 MOTION to Lift Stay *for Limited Purpose* filed by David Kenerley. (Attachments: # 1 Exhibit # 2)(Barash, Eugene) (Entered: 04/05/2004) |
| 04/21/2004 | | Clerk's Entry: Motions No Longer Referred to Mag Judge Frazier 25 MOTION to Lift Stay for Limited Purpose, 26 (stricken) MOTION to Transfer Case. (krm) (Entered: 04/21/2004) |
| 04/21/2004 | 30 | CONDITIONAL TRANSER ORDER re MDL Docket #1586: Case transferred to District of Maryland. (myz ) (Entered: 04/22/2004) |